IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CALVIN WEDINGTON,                :
                                 :
       Petitioner       :
                                 :
   v.                            :     CIVIL NO. 4:CV-16-209
                                 :
UNITED STATES OF AMERICA,        :     (Judge Brann)
ET AL.,                          :
                                 :
       Respondents      :

## **ORDER**

April 4, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

    1.    Wedington's habeas corpus petition is **DISMISSED** as meritless.

    2.    The Clerk of Court is directed to **CLOSE** this case.

    3.    Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge

1